# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| TANYA PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | |
| v. ) | 1:21-cv-01140-CAP-CCB |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties, through the undersigned counsel, stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs. The Court shall retain jurisdiction over this matter for purposes of enforcing any settlement.

Dated: May 23, 2022

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

| | |
|---|---|
| *s/J. Corey Asay* | *s/Chandra C. Davis* (with permission) |
| J. Corey Asay, *pro hac vice* | Chandra C. Davis |
| casay@forthepeople.com | Ga. Bar No. 141801 |
| MORGAN & MORGAN | cdavis@theemploymentlawsolution.com |
| 333 W. Vine Street, Suite 1200 | The Employment Law Solution: |
| Lexington, KY 40507 | McFadden Davis, LLC |
| Telephone: (859) 286-8368 | 800 Mt. Vernon Hwy., NE, Suite 410 |
| Facsimile: (859) 286-8384 | Atlanta, GA 30328 |
| | (678) 424-1380 |
| Jeremy Stephens | (404) 891-6840(f) |
| Ga. Bar No. 702063 | |
| **Morgan & Morgan, P.A.** | Attorneys for Defendants |
| 191 Peachtree Street, N.E. Ste. 4200 | |
| Atlanta, GA 30303 | |
| (404) 495-1682 | |
| jstephens@forthepeople.com | |
| | |
| Attorneys for Plaintiff | |